JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD KLEINHAMMER, | Case No. **SA CV 06-798-JFW (JTLx)** |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CITY OF PASO ROBLES; TEMPLETON COMMUNITY SERVICES DISTRICT; BILL MILLER; JERRY BANKSTON; RICHARD RAMIREZ; JAMES APP; ROGER PICQUET; and DOES 1 through 50, inclusive, | |
| Defendants. | |

The Court, having granted the Defendants' motions for summary judgment based on its determination that there was no genuine issue as to any material fact and that Defendants were entitled to judgment as a matter of law on all claims for relief alleged against them,

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that judgment is entered in this action as follows:

1. Plaintiff Richard Kleinhammer shall recover nothing from any of the named Defendants;

    2. Defendants City of Paso Robles, Templeton Community Services District, Bill Miller, Jerry Bankston, Richard Ramirez, James App, and Roger Picquet shall have judgment in their favor on Plaintiff's entire action; and

    3. Defendants shall recover from Plaintiff their costs of suit in the sum of $_____.

    The Clerk is ordered to enter this Judgment.

Dated: February 12, 2009

                                    JOHN F. WALTER
                           UNITED STATES DISTRICT JUDGE

2